**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gary A. GERMANY, Defendant–**
**Appellant.**

**No. 12–30121.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 18, 2013.*

Filed June 20, 2013.

Aine Ahmed, Assistant U.S., United States District Court, Spokane, WA, for Plaintiff–Appellee.

Matthew Campbell, Assistant Federal Public Defender, Federal Public Defender's Office (Eastern WA & ID), Spokane, WA, for Defendant–Appellant.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

## MEMORANDUM **

Gary A. Germany appeals from the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of his custodial sentence. We have jurisdiction under 28 U.S.C. § 1291, and we dismiss.

Because Germany has finished serving his "term of imprisonment," he is not eligible for relief under section 3582(c)(2). *See* 18 U.S.C. § 3582(c)(2) (allowing the district court to reduce the "term of imprisonment" when the defendant was sentenced based upon a sentencing range which has been subsequently lowered). Accordingly, we agree with the government that this case is moot. *See United States v. Strong,* 489 F.3d 1055, 1059 (9th Cir.2007).

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.